### The People, *ex rel.* Hagan *vs.* King.

The case of the *People, ex rel. Hughes* v. *Gillespie,* (*ante, p.* 342,) confirmed.

——————, for the relator.

*Edward Norton,* for defendant.

*By the Court,* BENNETT, J.  In this cause a *quo warranto* was sued out of the superior court, and judgment was rendered against the defendant.  We decided in the case of *The People* v. *Gillespie,* (*ante, p.* 342,) that the superior court had no jurisdiction over proceedings by way of *quo warranto.*  That decision controls this case, and the judgment must be reversed.

Ordered accordingly.